IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOIS M. BEELES,<br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 04-1876<br>)<br>)<br>)<br>)<br>) |

JUDGMENT ORDER

AND NOW, this 28th day of February, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and against plaintiff, Lois M. Beeles.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record